### SHIMER v. RONK.

(Supreme Court, Appellate Division, Second Department. June 10, 1910.)

Appeal from Municipal Court, Borough of Brooklyn.
Action by Lillian E. Shimer against Martha E. Ronk. From a judgment for plaintiff, defendant appeals, and plaintiff moves to dismiss. Motion granted.
Argued before JENKS, BURR, THOMAS, RICH, and CARR, JJ.

Robert H. Wilson, for appellant.
Henry Brill, for respondent.

PER CURIAM. Motion to dismiss appeal granted, without costs. See Shimer v. Ronk (decided herewith) 123 N. Y. Supp. 479.

---

### TOLSON v. SCHMIDT.

(Supreme Court, Appellate Division, First Department. June 10, 1910.)

Appeal from Special Term, New York County.
Action by Arthur M. Tolson against Frederick Schmidt. From an order refusing to vacate an order for plaintiff's examination before trial, he appeals. Affirmed.
See, also, 121 N. Y. Supp. 1149.
Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, SCOTT, and DOWLING, JJ.

Charles O. Maas, for appellant.
Herbert R. Limburg, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

McLAUGHLIN, J. I dissent, upon the ground that there is nothing in the moving papers to show that the examination of the plaintiff is necessary or material for the establishment of the defendant's defense.